January 21, 2011

Mr. Kevin D. Jewell
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, TX 77002
Mr. Jay L. Winckler
Winckler & Harvey, L.L.P.
4407 Bee Caves Road, Bldg, 2, Suite 222
Austin, TX 78746

RE: Case Number: 07-0647
 Court of Appeals Number: 07-07-00049-CV
 Trial Court Number: 2006-536,095

Style: EVELYN CLARK, R.N., ROSEANNE RODRIGUEZ, MHS, AND ELIZABETH
 ORTIZ, MAS
 v.
 CYNTHIA SELL, ON BEHALF OF MITCHELL RAY SELL

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Peggy Culp |
| |Ms. Barbara Sucsy |
| |Ms. Chastiti Nycole |
| |Horne |